UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOMINGOS NOBREGA, | ) |
|    Movant, | ) ) ) |
| v. | ) ) 1:10-cr-00186-JAW |
| UNITED STATES OF AMERICA, | ) ) ) |
|    Respondent. | ) ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision (ECF No. 267) filed October 18, 2013, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Movant's 28 U.S.C. § 2255 Motion (ECF No. 259) be and hereby is DISMISSED without prejudice. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                        /s/ John A. Woodcock, Jr.
                                        JOHN A. WOODCOCK, JR.
                                        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2013