UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:10-cr-00186-JAW |
| | ) | |
| DOMINGÓS NÓBREGA | ) | |

**ORDER ON MOTION TO EXTEND TIME TO FILE A RECALL MANDATE**

On December 7, 2015, this Court issued an order, denying Domingós Nóbrega's motion for a transcript of the testimony of a grand jury witness. *Order on Grand Jury Mots.* (ECF No. 320). On December 28, 2015, Mr. Nóbrega filed what he titled, "Motion for Exten[s]ion of Time to 90 Days to File a Recal Mandate on Document 320 Filed 12/17/15 (ECF No. 323). The Government informed the Clerk's Office it does not intend to file a response to Mr. Nóbrega's motion.

The Court is not entirely clear what Mr. Nóbrega is asking for. To the extent a "Recall of Mandate" motion is recognized, it appears to be a matter of appellate law, not applicable in a trial court setting. *See* Stephen D. McLamb, *Federal Appellate Procedure—Recall of Mandate—Review of Judgments after Rehearing and Appeal Periods Expire*, 24 VILL. L. REV. 157 (1978). Reviewing Mr. Nóbrega's motion, however, it seems that he is asking for a ninety-day extension to file a motion for reconsideration of the Court's December 7, 2015 Order. Assuming this is the case, the Court GRANTS his Motion for Exten[s]ion of Time (ECF No. 323). Mr. Nóbrega must file any motion for reconsideration of the Court's December 7, 2015 Order on Grand Jury Motions no later than Monday, March 14, 2016.

SO ORDERED.

                                                                             <u>/s/ John A. Woodcock, Jr.</u>
                                                                             JOHN A. WOODCOCK, JR.
                                                                             UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2016