UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:10-cr-00186-JAW |
| | ) | |
| DOMINGÓS NÓBREGA | ) | |

**ORDER DENYING IN PART THE UNITED STATES OF AMERICA'S MOTION TO STAY**

On June 28, 2016, the Court issued an order denying in part Domingós Nóbrega's motion to reconsider the Order denying his motion for grand jury transcripts and ordering the Government to respond to another portion of Mr. Nóbrega's request as to two Government witnesses who testified at the trial. *Order on Mot. for Recons. of Order on Grand Jury Mots.* (ECF No. 341). On June 29, 2016, the Government filed a motion to stay Mr. Nóbrega's § 2255 petition until the United States Supreme Court has decided *Beckles v. United States*, No. 15-8544, in which it will presumably answer whether *Johnson v. United States*, 135 S. Ct. 2551 (2015) is to be applied retroactively to collateral cases challenging federal sentences enhanced under the residual clause of the United States Sentencing Guidelines. *Mot. to Stay* (ECF No. 343).

The Court does not know whether the Government intended its motion to stay to be a response to the Court's order to respond. However, the Court DENIES the Government's motion to the extent it is asking to be relieved of the obligation to determine whether the Government lived up to its discovery obligations in Mr. Nóbrega's case. If the Government failed to provide required Jenck's Act material,

Mr. Nóbrega could have grounds for attacking the validity of the criminal judgment on a basis wholly unrelated to *Johnson* retroactivity.

The Court will act on the remainder of the motion in the ordinary course, but its order for the Government to respond within fourteen days from June 28, 2016 to the question of its position on the Jenck's Act material for Special Agent Stengel and Detective Nadeau stands.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2016