UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DOMINGÓS NÓBREGA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | 1:10-cr-00186-JAW |
| v. | ) | 1:15-cv-00134-JAW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON DEFENDANT'S MOTION TO HEAR, CORRECT, UPDATE, CHANGE PSI & ADOPT[ ] NEW FINDING & CHANGE PROBATION OFFICE TO N.Y. & MOTION TO SEVER & AFFIDAVIT**

On May 4, 2018, Domingós Nóbrega, acting pro se, filed a self-styled motion with the Court. *Mot. to Hear, Correct, Update, Change PSI & Adopt[ ] New Finding & Change Probation Office to N.Y. & Mot. to Sever & Aff.* (ECF No. 398). As best the Court understands it, Mr. Nóbrega wishes to be released to a halfway house in the state of New York, not the state of Maine, and he wishes to serve his term of supervised release in New York, not Maine. *Id.* at 1-8. As Mr. Nóbrega puts it, "it would be in his best interest to start over in the City & area he can prosper in and where he feels comfortable & want[s] to be in." *Id.* at 7.

The Court understands and sympathizes with Mr. Nóbrega's desire to be in New York upon the completion of his term of incarceration. As the Court understands it, when Mr. Nóbrega's time for release from incarceration nears, an official within the Bureau of Prisons is likely to approach him to discuss plans for his release. During the conversation, the BOP personnel typically will ask where the inmate

wishes to reside upon his release from incarceration. If the inmate informs the BOP employee that he wishes to be released to a District other than the District of conviction, the BOP will typically seek permission from the receiving district (here, the Eastern District of New York) and the transferring district (here, the District of Maine), and paperwork is completed authorizing the transfer of the case from one district to another. It is upon completion of the paperwork transferring him from Maine to New York that this Court would act on the transfer.

Mr. Nóbrega's motion is therefore premature. If it turns out that the BOP does not agree with him about New York being his state of residence following his release from incarceration, Mr. Nóbrega may wish to object. But right now, his motion is too early since he may get his wish to remain in New York without having to file a motion.

Accordingly, the Court DISMISSES without prejudice Domingós Nóbrega's Motion to Hear, Correct, Update, Change PSI & Adopt[ ] New Finding & Change Probation Office to N.Y. & Motion to Sever & Affidavit (ECF No. 398).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of May, 2018